No. 170. SANGER BROS., A COPARTNERSHIP, ETC. *v.* EMILY HUNSUCKER ET AL. Error to the Court of Civil Appeals, Second Supreme Judicial District, of the State of Texas. Submitted January 21, 1921. Decided January 24, 1921. Per Curiam. Dismissed for want of jurisdiction upon authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1. *Mr. Henry C. Coke* for plaintiff in error. No appearance for defendants in error.

---

No. 647. JOHN W. SEAMAN ET AL. *v.* SAMUEL W. ADLER. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted January 17, 1921. Decided January 24, 1921. Per Curiam. Dismissed for want of jurisdiction upon the authority of *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S. 300, 302; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. William J. Hughes* for appellants. *Mr. Edward W. Foristel* for appellee.